COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-099-CV

MARVIN B. SMALL AND LAKE       APPELLANTS

COUNTRY SQUARE INVESTMENT, INC. 

V.

LAKE COUNTRY PROPERTY OWNERS                                         APPELLEE

ASSOCIATION, INC.         

----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss Appeal With Prejudice.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).

PER CURIAM 

PANEL D: WALKER, J.; CAYCE, C.J.; and LIVINGSTON, J.

         DELIVERED: December 18, 2003  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.